IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES SOO BAHK DO MOO DUK KWAN FEDERATION, INC.,** : | |
| Plaintiff, : | |
| v. : | 3:12-CV-00669 |
| : | (JUDGE MARIANI) |
| **INTERNATIONAL TANG SOO DO MOO DUK KWAN ASSOCIATION, et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW, THIS 14TH DAY OF JULY, 2014**, upon consideration of Plaintiff's Motion to Strike certain Exhibits which Defendants submitted in Opposition to Summary Judgment (Doc. 77), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge