IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SOO BAHK DO MOO DUK KWAN FEDERATION, INC., | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    3:12-CV-00669 <br> :    (JUDGE MARIANI) |
| TANG SOO KARATE SCHOOL, INC., et al., | : <br> : |
| Defendants. | : |

## VERDICT

The Court finds that Plaintiff has established by a preponderance of the evidence that Defendants Tang Soo Karate School, Inc., Eric Kovaleski, and Robert Kovaleski have infringed on Plaintiff's registered trademarks UNITED STATES TANG SOO DO MOO DUK KWAN FEDERATION, MOO DUK KWAN, and the fist-and-laurel-leaves design.

The Court finds that Defendants have not established any grounds for cancellation of Plaintiff's trademarks through any of their four counterclaims.

Consistent with the foregoing, the Court shall enter judgment in favor of the Plaintiff and against the Defendants in (1) the amount of one-hundred fifteen thousand five-hundred sixty dollars ($115,560) and (2) a permanent injunction restraining Defendants from using the infringing marks in the future.

DATE: 8/17/15

By the Court:

*[signature]*

Robert D. Mariani
United States District Judge